| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| In Re:<br>    Hugo Alfaro | Case No.: <u>17- 30422</u><br><br>Chapter: <u>13</u><br><br>Adv. No.: <u>N/A</u><br><br>Hearing Date: <u>November 7, 2017</u><br><br>Judge: <u>JNP</u> |

**ORDER TO EXTEND THE STAY AS TO ALL CREDITORS**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**(Page 2)**
**Debtor:** Hugo Alfaro
**Case No:** 17-30422/JNP
**Caption of Order:** to Extend the Automatic Stay as to All Creditors

Upon consideration of Debtor's Motion to Extend the Automatic Stay as it applies to All Creditors; and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that the automatic stay provisions of the Bankruptcy Code are hereby extended as to all Creditors.