# United States Bankruptcy Court
## District of New Jersey

In re: **Hugo Alfaro**
Debtor(s)

Case No. **17-30422**
Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

### Section 1: to be completed by all debtors:

Date: **October 2, 2020**
Debtor: **Hugo Alfaro**
SS No.: **xxx-xx-5125**

Case No.: **17-30422**
Co-Debtor:
SS No.:

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes **✓** no _____
Co-Debtor: yes _____ no _____

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

### Section 2: to be completed only if you answered "yes" above:

Debtor's current marital status:
Married _____ Divorced **✓**
Separated _____ Widowed _____

Co-debtor's current marital status:
Married _____ Divorced _____
Separated _____ Widowed _____

Name of person support is sent to: **DIANA JESSICA TORRES**
Complete Address: **311 PIUTE TRAIL**
City: **BROWNS MILLS** State: **NJ** Zip: **08015**
Phone: **(609) 321-6425**

Are support payments deducted from your paycheck? **NO**

Provide the State Agency Information:
Agency Name: _____
Address: _____
City: _____ State: _____ Zip: _____

Names of creditors for any debts that will not be discharged or that you will reaffirm:
**UNAWARE AT THIS TIME / NONE TO THE BEST OF MY KNOWLEDGE**

Identify your Employer Name and Address:
**STATE OF NEW JERSEY - DEPARTMENT OF CORRECTIONS**
**GARDEN STATE CORRECTIONAL FACILITY**
**55 HOGBACK RD**
**YARDVILLE, NJ 08515**

### Section 3: To be signed by all debtors

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor: **/s/ Hugo Alfaro**
Hugo Alfaro

Co-Debtor: _____